

**NUMBER 13-18-00392-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

GUSTAVO TIJERINA SANDOVAL,                      **Appellant,**

**v.**

THE STATE OF TEXAS                               **Appellee.**

---

**On appeal from the 197th District Court
of Cameron County, Texas.**

---

# ORDER

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

This cause is before the Court on the State's unopposed motion to stay the proceedings in this Court.

Appellant was convicted in the trial court of two counts: count one imposed the death penalty and is on direct appeal with the Texas Court of Criminal Appeals, *see* TEX. CODE CRIM. PROC. art. 37.071(h); TEX. R. APP. P. 71.1. Count two imposed a sentence of

life imprisonment and is before this Court. Appellant has filed briefs in both the court of criminal appeals and this Court on his conviction.

The State has come before this Court asking us to stay the appeal before us because appellant's briefs have points of error that overlap and the court of criminal appeals' disposition could be dispositive of those points of error. Appellant's counsel has indicated to the State that they have no opposition to the request.

The Court, having fully examined and considered the State's request to stay GRANTS the motion and ABATES the current appeal before this Court. The parties are ordered to notify this Court when the court of criminal appeals issues its opinion on appellant's direct appeal in order for this proceeding to be reinstated.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
23rd the day of February 2021.